SHAYKH MUHAMMAD ABDULAZIZ KHALID BIN TALAL ALSA'UD   MUSLIM BROTHERHOOD ISLAMIC JIHAD
Name and Prisoner/Booking Number

SMU-II-A21
Place of Confinement

P.O. BOX 3400
Mailing Address

FLORENCE, AZ 85132
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

SHAYKH MUHAMMAD ABDULAZIZ KHALID BIN TALAL ALSA'UD
_____
(Full Name of Plaintiff)

Plaintiff,

v.

(1) TRAVIS SCOTT
(Full Name of Defendant)

(2) NATHANEIL HARRIS #1495

(3) DAVID SHINN

(4) PAMALA OLMSTEAD

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

"EXPEDITE SERVICE REQUESTED"

CASE NO. CV-21-00022-PHX-SPL-JFM
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred SMU-II-A2-1 Florence, Arizona

B. Continue Defendants

5). BREWER - CAPTAIN SMU II A21 Eyman complex
6). SERRATO - SGT SERGEANT - SMU II A21 Eyman
7). Kenneth HERMAN - DIRECTOR RELIGIOUS SERVICE
8). MARQUEZ - C.O II - SMU II A21 Eyman Complex

CONTINUE - PAGE 3
SUPPORTING FACT: These Religious Items and He don't care about what policies and Law state this Prison and we only allowed what Warden and Directors wants give us Courts or Government don't Run shit so I can keep writing whom ever I want to etc! Assert Travis Scott Stated this on Sep 30 2020 10:30 AM Sent off my Last Letters Demanding my Religious Items Qur'anic Books Kufi caps Literatures to Herman and Shinn and Harris an Serrato An in their official duty capacity well as ~~individual~~ individual capacities possess power to see my religious items being held by 1495 Harris be Return and Issue to me that should have been TRANSFERED with me on July 10th 2020
                        When I was moved
yet for some parent Reason wasent Assert Since July 10th 2020 Sent Letters and filed Grievances Aug 2020, Sep 2020 In Detail explaining my sincerely Held Islamic Belief An Importance of these items to our faith

CONTINUE PAGE-3-COUNT I
SUPPORTING FACTS: KNOW One AS TO DATE Dec 31st 2020 HAS Responded to Any of my Grievances nor Letters Writen every One even Deputy Warden At my cell front on Sep 30 2020 Refuse Do Any thing then Again on Oct 27th 2020 family HAS Call from Masjid Enter nothing...

Continue from PAGE 4-COUNT II
SUPPORTING FACTS:
Well AS INDIVIDUAL CAPACities failure Act upon ones Sent Inmate Letters I Sent them 00 fact they Possess Power an Authority to See Alert an Notice Be followed Yet as of Dec 31st 2020 I'Am Still Compel Climbing Stairs when I have medical conditions Prohibiting me from this Well AS Pinch nerve damage In my Left Leg Area that Hurts Constantly I Assert Sent Inmate Grievances Demanding my SNO's Be Renewed In Rain daily my Letters writen to every one Was fully detailing everything Shoe's Epilepsy Renewal of SNO's Times dates Visits Guards Names yet nothing Return To me! Court Can See that my Special Needs forms Shows Reason Being Issue

I Assert C.O.II Marquez job Title Cause for Her to keep Alerts on Count movement file Thats Affect medical Conditions Like Epilepsy which She fail to 00 thus compelling me climb Stairs

CONTINUE FROM PAGE 4-I
SUPPORTING FACTS:

AND BE HOUSED ON TOP TIER WHEN MEDICAL CONDITION CAUSE NOT BE HOUSE ON TOP TIER NOR COMPEL CLIMB STAIRS. WELL AS WEAR MEDICAL SUPPORT SHOES ALL TIMES WITH LIFT DO LEG LENGTH DISORDER.. THESE INDIVIDUALS HAS THE POWER AN DUTY TO ISSUE PROPER CARE AND SEE I OBTAIN MY ORTHOPEDIC SHOE'S AND SEE MY SNO'S BE RENEWED PRIOR OF EXPIRING

AN PAMALA OLMSTEAD HAS FAIL TO ANSWER MY CONCERNS OF SORES CAUSE 134 IN PROPER FITED SHOE'S ASSERT HAVE REQUESTED OBTAIN MY MEDICAL INSOLE LIFT SHOE'S AND RENEWAL SNO'S TO CAPT BREWER SGT SERRATO MARQUEZ THROUGH VERBLE CONVERSATIONS AND LETTERS ALL REFUSE ACT UPON MY MEDICAL NEED'S DO KNOWN DISORDER THAT THEIR FULLY AWHERE OF DO FACTS BEING PRESENT WHEN I RETURN FROM ORTHOPEDIC VISIT AND THEIR JOB TITTLE CAUSE FOR THEM BE AWHERE OF ALL SPECIAL ALERTS LIKE EPILEPSY AND LENGTH DISORDER.. DENIAL ALL IN THEIR OFFICAL CAPACITY WELL AS ALL IN THEIR INDIVIDUAL CAPACITIES

HAS FAIL TO ISSUE ME RENEWAL OF SNO'S AN TREATMENT FOR SORES ON FEETS AND MY NEEDED ORTHOPEDIC SHOE'S

Continue - from page 5 - Count III
Supporting Facts:

An Provider Pamala Olmstead all refuse in their official duty to protect safety of all prisoners from spread of COVID-19 in SMU II An their failure issue proper testing upon requesting and issue proper hygiene items I.E. Soap cleaning disinfection to clean cells toilets walls showers common areas used by other inmates from ~~~~ usage assert request these items from Scott and Shinn do facts they possess authority to grant usage yet both refuse in their official duty well as individual capacities assert request by health need request form and letters

For COVID-19 Testing Olmstead she denied address sincereness claim and concern for testing do over 150 plus inmates and counting infected in my unit assert this affect my safety and rights towards bare medical and necessities and rights act upon these claims of survival which counts knows is proper showers an hygienic practice do COVID-19 an denying this cause and constitution issue well as get tested which are being denied by both medical Olmstead an Scott an Shinn upon request

11/5X

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.

Please print all information.

20-023950

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| ALSAUD | 108844 | Eyman-Smu II | Nov 1st 2020 |

| TO | LOCATION |
|---|---|
| C.O. III Gonzalez | 3-Henry-C.O.III office |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Yes
I SHAYKH Muhammad Aboulaziz Khalid Bin Talal Alsaud assert that I sent numerous request to Smu II medical personel to please have my (SNO) = Special Need Order Lower-Lower-Tier do my disorder of Epilepsy = Seizures that has expired and medical refuses to renew this now theirs no pendlogical reason behind Smu II security and medical refusing to follow protocol and law with ADA to make sure I'am safe and not place on Top tier or Top Bunk any where and these alerts shall never expire do facts my condition is permenantly seizure which will never change I'am (49) and been suffering from epilepsy all my life and taken medication so for Smu II medical to refuse keep these SNO's active is in dangering my safety and place then in and legal position for not seeing about stays current It's not security responsibility to call medical nor minos to harass medical to do their Job and keep my SNO's active per law and medical procedures and protocol

Resolution
Issue permenantly SNO Lower-Lower Tier No climbing Stairs expired (10-10-2020) Issue see file reason cause seizure disorder / Pinch Neru Left Leg these SNO's been issue read file Justify all SNO's for Lower-Tier SNO's thank you!

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| 9:30 Am  | Nov 1st 2020 Domingo |

Have you discussed this with institution staff?  ☑ Yes  ☐ No

If yes, give the staff member name: medical HNR

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-1
6/25/14



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

For distribution: Copy of corresponding inmate Letter must be attached to this response.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| Alsaud, Shaykh | 108844 |

| INSTITUTION/UNIT |
|---|
| ASPC-E-SMU 1/Browning |

| FROM (Last, First M.I.) (Please print) | LOCATION |
|---|---|
| Lawson, B. RN ADON | 3H55 |

This letter is written in response to your letter dated 6/15/2020, after review of your medical chart, the following were noted.

1. You are prescribed Topomax for your migraines.
2. Coal tar and asorbase ointment are both prescribed for your skin conditions
3. SNO for plastic eye glasses is current
4. SNO for low bunk/tier both current
5. SNO for medical shoes current

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| BLawson, RN ADON  B. Lawson ADON | 07/15/2020 |

Distribution: Original – Master File
Copy – Inmate

916-2(e)
5/14/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

RECEIVED BY: _____
TITLE: M.pn
BADGE NUMBER: 
DATE (mm/dd/yyyy):

INMATE NAME (Last, First M.I.) (Please print): ALSAID
ADC NUMBER: 159394
DATE (mm/dd/yyyy): Nov 24th 2020 Tue 7:58 AM

INSTITUTION/FACILITY: Eyman Smu II
CASE NUMBER: 20-023950

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

Yes please see my medical file that causes for 26/12 years of SNO's at my request NO top tier NO climbing stairs lower bunk and 3 medical facts 1) Epilepsy Disorder 2) Ptsd 3) nerve damage back and leg area No.) These factual bases are legal causes for me be-issue these SNO for 26/12 years regardless of any provider feelings now) the Law of Estelle V. Gamble 429 US 97 (1976) my Eighth Amendment Constitution forces M.Dr. to protect my rights and if don't issue said stay one shall file law suit for failure act upon these Rights and medical needs for these SNO's on my conditions

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

No H.N.R. request for SNO's and now grievance no facts Damn Olmstead refuses issue's SNO's and proper medical condition treatment this force if continue refuse SNO's then file law suit resolution issue SNO's as law cause for and my rights to proper medical treatment as Eighth Amend law for

Inmate's Signature: _____
Date: 7:58 Tue Nov 24th 2020
Grievance Coordinator's Signature: 
Date:

**Action taken by Documentation of Resolution or Attempts at Resolution.**

Staff Member's Signature: 
Badge Number: 
Date:

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

ADC: 108844　　　　　　　　　　　Patient: ALSAUD, SHAYKH M.　　　　　　　　　　　　　　　1 of 1
CHSS028B　　　Other Action/Procedure/Referral　　　　　　　　　　　　　　Saturday December 28, 2019 11:07:09

Case 2:21-cv-00022-SPL-JFM    Document 1    Filed 01/05/21    Page 9 of 19

| | | | | |
|---|---|---|---|---|
| Encounter Date: | 10/10/2019 | Time: 14:49:47 | Type: | Provider - Sick Call - Sched |
| Location: | ASPC-E SMU I NORTH [A08] | Staff: Avant-Ortiz, Kendra, NP | | |

| | | | |
|---|---|---|---|
| Category*: | Medical Supplies/Special Equipment | | |
| Type*: | LOWER TIER | | |
| Count*: | 0 | Sequence Number: | 01 |
| Approximate Begin Date: | 10/10/2019 | Approximate End Date: | 10/10/2020 |
| Refer to Staff: | Avant-Ortiz, Kendra, NP | | |
| Status: | Active | As of Date: | 10/10/2019 |

[Status History]

**Specify Comments**

SEIZURE DISORDER

[Prepare To Update]　　[Prior Page]

Show Last Updated Information

*[signature]*

C. Shaw, RN

| Field | Value |
|---|---|
| Encounter Date: | 10/10/2019 |
| Time: | 14:49:47 |
| Type: | Provider - Sick Call - Sched |
| Location: | ASPC-E SMU I NORTH [A08] |
| Staff: | Avant-Ortiz, Kendra, NP |
| Category*: | Medical Supplies/Special Equipment |
| Type*: | LOWER BUNK |
| Count*: | 0 |
| Sequence Number: | 01 |
| Approximate Begin Date: | 10/10/2019 |
| Approximate End Date: | 10/10/2020 |
| Refer to Staff: | Avant-Ortiz, Kendra, NP |
| Status: | Active |
| As of Date: | 10/10/2019 |

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z All Help

**Specify Comments**

SEIZURE DISORDER

Kendra Avant-Ortiz
Nurse Practitioner
10-10-2019

Update     Prior Page

Show Last Updated Information

Other Action/Procedure/Referral

Encounter Date: 04/09/2019  Time: 15:01:34  Type: Provider - Follow Up Care
Location: ASPC-E BROWNING RSH  [A73]  Staff: Ortiz, Adolfo

Category*: Medical ADA Restrictions/Special Needs
Type*: Avoid climbing stairs
Count*: 0  Sequence Number: 01
Approximate Begin Date: 04/09/2019  Approximate End Date: 04/09/2020
Refer to Staff: Unknown
Status: Active  As of Date: 04/09/2019  **Status History**

**Specify Comments**

None

**Prior Page**

Show Last Updated Information

Adolfo Ortiz
Nurse Practitioner

ADC: 108844     Patient: ALSAUD, SHAYKH M     1 of 1
CHSS028B     Other Action/Procedure/Referral     Saturday December 28, 2019 11:05:56

Case 2:21-cv-00022-SPL-JFM    Document 1    Filed 01/05/21    Page 12 of 19

| | | | |
|---|---|---|---|
| Encounter Date: | 10/10/2019 | Time: 14:49:47 | Type: Provider - Sick Call - Scheduled |
| Location: | ASPC-E SMU I NORTH [A08] | Staff: Avant-Ortiz, Kendra, NP | |

| | | | |
|---|---|---|---|
| Category*: | Medical Supplies/Special Equipment | | |
| Type*: | Prescribed Footwear | | |
| Count*: | 0 | Sequence Number: | 01 |
| Approximate Begin Date: | 10/10/2019 | Approximate End Date: | 10/10/2020 |
| Refer to Staff: | Avant-Ortiz, Kendra, NP | | |
| Status: | Active | As of Date: 10/10/2019 | Status History |

**Specify Comments**

MEDICAL SHOES SIZE 10.5

INMATE RECEIVED FROM HANGER-K. Avant-Ortiz

**Prepare To Update**     **Prior Page**

Show Last Updated Information

*C. Shaw, RN* (signature)

| | | | |
|---|---|---|---|
| Encounter Date: | 10/10/2019 | Time: 14:49:47 | Type: Provider - Sick Call - Scheduled |
| Location: | ASPC-E SMU I NORTH [A08] | Staff: Avant-Ortiz, Kendra, NP | |

| | | | |
|---|---|---|---|
| Category*: | Medical Supplies/Special Equipment | | |
| Type*: | INSOLES | | |
| Count*: | 0 | Sequence Number: | 01 |
| Approximate Begin Date: | 10/10/2019 | Approximate End Date: | 10/10/2020 |
| Refer to Staff: | Avant-Ortiz, Kendra, NP | | |
| Status: | Active | As of Date: | 10/10/2019 [Status History] |

**Specify Comments**

SIZE 10.5

RECEIVED FROM HANGER.... K. Avant-Ortiz, FNP

[Prepare To Update]　　[Prior Page]

Show Last Updated Information

*signature*
C. Shaw, RN

| | |
|---|---|
| Encounter Date: | 10/04/2017 |
| Location: | ASPC-E BRWN ENHANCED HSNG [A51] |
| Time: | 12:46:19 PM |
| Staff: | Johnson, Chris |
| Type: | Provider - Sick Call - Scheduled |

Category*: Medical Supplies/Special Equipment
Type*: Prescribed Footwear
Count*: 0
Approximate Begin Date: 10/04/2017
Refer to Staff: Unknown
　A B C D E F G H I J K L M N O P Q R S T U V W X Y Z All Help
Status: Active

Sequence Number: 01
Approximate End Date: 10/04/2018
As of Date: [　　　]　Status History

Standard Phrases: [　　　]　Append

**Specify Comments**

Patient allowed to have medical shoes in his possession. Pt may wear deck shoes with a lift at all times and/or for transport.

Update　　Prior Page

Show Last Updated Information

Chris Johnson DO　　10/4/17

## B. DEFENDANTS

1. Name of first Defendant: **TRAVIS SCOTT**. The first Defendant is employed as: **DEPUTY WARDEN** (Position and Title) at **SMU II AZI PRISON EYMAN COMPLEX** (Institution)

2. Name of second Defendant: **NATHANIEL HARRIS**. The second Defendant is employed as: **PROPERTY SERGEANT** (Position and Title) at **SMU-1 ADB EYMAN COMPLEX** (Institution)

3. Name of third Defendant: **DAVID SHINN**. The third Defendant is employed as: **DIRECTOR ARIZONA STATE PRISON** (Position and Title) at **ARIZONA DIRECTOR OFFICE PHX** (Institution)

4. Name of fourth Defendant: **PAMALA OLMSTEAD**. The fourth Defendant is employed as: **NURSE PRACTITIONER MEDICAL PROVIDER** (Position and Title) at **SMU II AZI EYMAN COMPLEX UNIT** (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? **5**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **ALSA'UD** v. **ARPAIO**
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: **ALSA'UD** v. **PENZONE**
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: **ALSA'UD** v. **MYERS**
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 1st Amendment and RLUIP and Failure Act Claim and Freedom of Expression.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments On July 10th 2020 I was moved from SMU-1 A08 MAX Unit to another SMU-II A21 MAX Unit upon receiving my property I notice my Holy Qur'ans Tafsir Literatures and Kufi caps 8 total along with prescriptional glasses and religious pictures was gone I personally spoken to Sgt Serrato at my Cell 5-H-55 on July 15 2020 She stated Harris refuses send these items and I don't have any rights to force her or him only got issue me legal items etc! Now I assert my sincerely held belief in Islam cause for me wear Kufis and read Qur'anic verses after all prayers and study and these Tafsirs books an literatures is commanded by Allah to read now without these readings then ones 5 daily prayers not complete thus voided Now I assert I grieved the actions of Harris well as sent letters to Harris requesting my religious items be sent to me at SMU II as 909.01 policy cause for nothing so I wrote and letter to Herman and Shinn explaining in detail problems with Serrato and Harris refusing see I get my religious property when they possess the authority to issue my property and send these items to my new max unit which Harris deliberately refusing to do Now on Sep 30 2020 Deputy Warden Travis Scott at my cell front stated he receive all letters sent from July 10 2020 and that ~~~~~~ He's not going out his way see to it I receive

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Yes not being fully connected with Allah as suppose be by reading scriptures after salat and the anxeity of knowing life can go more sooner do the severe out brakes of COVID-19 in here so injury has been done an one must continue pushing through demanding connection an as why not ely

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: **FAILURE ACT CLAIM AND DENIAL MEDICAL CARE AND TAYLOR-VS-LIST AND 8th, 14th**

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. YES I ASSERT WENT OUT TO HANGER ORTHOPEDIC VIST AUG-SEPT CAME BACK WITH CUSTOM SHOES C.OII MARQUEZ SGT SERRATO CAPT BREWER DO MY NEED FOR LIFT CAUSE LEG SHORTNESS AND FLATNESS OF FEET NOW THESE GUARDS REFUSE ALLOW ME KEEP MY MEDICAL SHOES THAT WAS ORDER BY MEDICAL DOCTOR ORTIZ NOW OLMSTEAD REFUSES TO SEE THAT I RECEIVE MY NEEDED MEDICAL SHOES I AM BEING COMPEL TO WEAR TO BIG SHOES THAT DON'T FIT NON MEDICAL SHOES THAT DON'T HAVE LIFT SUPPORT FOR MY LEG AND FEETS CAUSE MY BACK AN LEGS TO HURT AND SORES ON MY FEET I SUBMITTED SEE OLMSTEAD SHE REFUSE TO ORDER NEW ORTHO AN GET MY SHOES FROM MARQUEZ AN SERRATO AN BREWER AN MEET MY NEEDS AS POLICY CAUSE FOR AN CONSTITUTION I SOUGHT OUT TREATMENT SEVERAL TIMES FROM OLMSTEAD IN MY VISITS AND IN MY MEDICAL REQUEST VIA HNR'S SEEKING TREATING MY SORES ON MY FEET AND OBTAINING PRO PER SHOES SHE REFUSE ACT UPON MY REQUEST AND SEE I RECEIVE MY SHOES ETC! 2). I ASSERT I'M EPILEPSY DISORDER THAT CAUSE FOR ME TO BE RESTRICTED FROM TOP TIER CLIMBING STAIRS OF ANY SORT NOW I POSSESS MEDICAL WAIVERS FOR NO CLIMBING STAIRS NO TOP TIER IT EXPIRE 10-16-2020 ASSERT REQUESTED PAMALA OLMSTEAD TO RENEW SNO'S SHE REFUSE ASSERT REQUEST COUNT MOVEMENT C.OII MARQUEZ TO KEEP ALEET ACTIVE OF NO CLIMBING STAIRS NO TOP TIER REQUESTED TRAVIS SCOTT AND BREWER ADVISE THEIR GUARDS STOP COMPELLING ME CLIMB STAIRS FOR SHOWER DO FACTS I SUFFER FROM EPILEPSY DISORDER THAT CAUSES SEVERE SEIZURES ALL IN THEIR OFFICIAL CAPACITY

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _____
   _____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☑ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☑ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: THREAT TO SAFETY AND FAILURE ACT CLAIM AND 8th AMEND, 14th AMEND AND BASIC NECESSITIES AND MEDICAL CARE ACCESS PROPER HYGIENE

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other:

3. **Supporting Facts.** Yes I assert sent letters to Travis Scott and David Shinn and Pamala Olmstead requesting from them proper testing for COVID-19 virus do facts of the severe outbreak of COVID 19 here in Eyman Complex SMU II Travis Scott refuses respond to these requires sent out July 28 2020 Aug 15 2020 Sep 10 2020 Nov 20 2020 and David Shinn requesting testing and cleaning hygiene and mask change of clothing showers and I sent Nurse Pamala Olmstead provider for SMU II these request of COVID-19 an proper dis infected items daily which is being denied by Deputy Warden Scott and Director David Shinn which help prevent spread of COVID-19 yet Travis Scott and David Shinn refuses to see obtain access showers access soap cleaning supplies daily assert been lockdown in cell 3-H-55 since July 10 2020 and haven't been issue cleaning supplies nor clothing nor daily regularly showers or recreation as policies cause for an federal law an constitution and C.D.C. mandates proper hygiene which do COVID-19 outbreak cause for these proper cleaning supplies an protection and preventing continue spreading COVID-19 here yet Scott and Shinn

4. **Injury.** Yes do failure to issue COVID-19 testing upon my request cause anxiety an affect my medical concerns and denial proper access hygienic items against COVID-19 outbreak in my unit has affected my sleep an health not knowing when being able gain these proper access clean my cell an shower clean clothing and COVID-19 testing upon request

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

### E. REQUEST FOR RELIEF

State the relief you are seeking: 1) PRELIMINARY Injunction ordering Testing for COVID-19 ISSUE Cleaning Supplies - Hygienic - Items - Clothing - SHOWERS - Disinfected Items etc. 2) Appointment of Counsel 3) Seeking Relief by Punitive damages from all Defendants In their Official Duties Capacities An Individual Capacities of 30,000 Each offenses found violated 4). Seeking Relief Compensatory Damages And Counsel fee's 5). Seeking Relief Declaratory And Monitoring By this Court that Defendants is following all state Laws An Federal Laws An Court orders An Constitution An International Laws Governing Human Rights An the Mandela Law Treatment of Prisoners thats Politically Active like plaintiff is An Belongs to An Political Group which Muslim Brotherhood Islamic Jihad is seeking Human Treatment Relief As Court Law States

I declare under penalty of perjury that the foregoing is true and correct.

Executed on JAN 4th 2021 SA                           1-4-2021
                        DATE                                    SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6