# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shaykh Muhammad Abdul Aziz Klalid Bin Talal Al Saud,<br><br>Plaintiff,<br><br>v.<br><br>Travis Scott, et al.,<br><br>Defendants. | NO. CV-21-00022-PHX-SPL (JFM)<br><br>JUDGMENT OF DISMISSAL IN A CIVIL CASE |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 3, 2023, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

July 3, 2023

By    s/ Rebecca Kobza
      Deputy Clerk